1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: 510-637-3689
7     Email: George.bevan@usdoj.gov
8  Attorneys for the United States of America
9                   UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                          OAKLAND DIVISION
12 | UNITED STATES OF AMERICA,        )   No. 4-06-70440-WDB
13 |        Plaintiff,                )
14 |             v.                   )   STIPULATION AND ORDER TO
                                      )   RESCHEDULE ARRAIGNMENT
15                                    )   OR PRELIMINARY HEARING
16 | DIANE LARSON,                    )
17 |        Defendant.                )
18
19      The United States and the defendant, through their undersigned counsel, hereby
20 stipulate and agree to reschedule the arraignment or preliminary hearing in this case from
21 August 2, 2006, to September 7, 2006. The parties are working toward a resolution
22 of this case which will result in the filing of a misdemeanor charging document, and plea
23 before this Court. However, additional time is necessary for the logistics to be put in
24 place for that to occur. This continuance will enable the parties to work toward the
25 anticipated resolution of this case.
26      The defendant agrees to waive time for arraignment or preliminary hearing until
27 the new hearing date of September 7, 2006, and both parties agree to exclude time in the
28 interests of justice under the Speedy Trial Act for the period between August 2, 2006, to

September 7, 2006, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted,

Dated: 8/1/06

*/s/ James Giller*
JAMES GILLER, ESQ.
Attorney for Diane Larson

KEVIN V. RYAN
United States Attorney

Dated: 8/1/06

*/s/ George L. Bevan Jr.*
GEORGE L. BEVAN JR.
United States Attorney

## ORDER RESCHEDULING ARRAIGNMENT or PRELIMINARY HEARING

Upon the foregoing stipulation of the parties, and good cause therefor, IT IS HEREBY ORDERED that the arraignment or preliminary hearing in this case is rescheduled from **August 2, 2006**, to **September 7, 2006**, at 10:00 a.m., before Magistrate Judge Wayne D. Brazil in Oakland.

The Court finds that time will be excluded for that period, in the interests of justice, for purposes of the Speedy Trial Act.

Dated: August 1, 2006



WAYNE D. BRAZIL
United States Magistrate Judge

JOINT APPLICATION TO
RESCHEDULE SENTENCING DATE                    2