FILED
JAN 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 06-00694-1 WDB |
| Diane Larson ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____February 2, 2007____ be continued until ____March 9, 2007____ at ____10:00 a.m.____ .

Date: 1/12/07

Wayne D. Brazil
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Probation

NDC-PSR-009 12/06/04