**MINTZ AND GILLER**
A Law Corporation
By: James Giller, Esq. (SB#028084)
405 - 14th Street, Suite 1008
Oakland, California  94612
Telephone: (510) 451-6686
Fax:         (510) 451-4820

Attorneys for Defendant,
**Diane Larson**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR06-00694 WDB |
| Plaintiff, | **ORDER FOR TRAVEL** |
| vs. | |
| Diane Larson, | |
| Defendant. | |

The above entitled matter came on regularly for sentencing on March 9, 2007 and pursuant to the defendant's request, the court granted the request that there will be no travel restriction as to the defendant during the period of her probation.

IT IS HEREBY ordered that defendant may leave the judicial district without the permission of the court or probation officer during the period of her probation.

Date: April 3, 2007   (10)

_____
Hon.
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

1